# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| SSI Technology, Inc. | )   ASBCA No. 59379 |
| | ) |
| Under Contract No. W56HZV-12-C-0058 | ) |

APPEARANCES FOR THE APPELLANT:    George W. Ash, Esq.
Erin L. Toomey, Esq.
  Foley & Lardner LLP
  Detroit, MI

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Jamal A. Rhinehardt, JA
  Trial Attorney

## ORDER OF DISMISSAL

Appellant appealed from a 3 April 2014 contracting officer's letter purporting to be a final decision and the Board docketed the appeal as ASBCA No. 59379. By letter dated 10 July 2014, appellant requested to withdraw its appeal, stating that it had received notice from the government that the 3 April 2014 letter had been retracted and withdrawn, rendering the appeal moot. Appellant further represented that government counsel does not object to appellant's withdrawal of its appeal. Accordingly, this appeal is dismissed without prejudice.

Dated: 15 July 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59379, Appeal of SSI Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals